GAIL SHIFMAN (State Bar No. 147334)
Law Office of Gail Shifman
2431 Fillmore Street
San Francisco, California 94115
Telephone:   (415) 551-1500
Email:        gail@shifmangroup.com

STEVEN E. FARESE, SR., MSB # 5137
JOSEPH "WHIT" COOPER, MSB #104278
Farese, Farese, & Farese, P.A.,
122 Church Avenue
P.O. Box 98
Ashland, Mississippi 38603
Telephone:   (662) 224-6211
Email:        steve1@fareselaw.com
Email:        wcooper@fareselaw.com

Attorneys for Defendant
ERIC MARSIGLIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

—ooo—

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) Case No.: CR 23-0106 RS (LB) |
| Plaintiff, | ) STIPULATION AND [~~PROPOSED~~] ORDER MODIFYING CONDITIONS OF PRETRIAL RELEASE |
| vs. | ) |
| ERIC MARSIGLIA, | ) |
| Defendant. | ) |

## STIPULATION

The parties hereby stipulate that the conditions of release shall be modified in the following manner:

1. Defendant, Eric Marsiglia, shall be permitted to travel to, and within, the Western District of Tennessee.

2. All other conditions of pretrial release shall remain the same.

Dated: May 10, 2023                                  Dated: May 10, 2023

/s/ *Gail Shifman*                                   /s/ *Ross Weingarten*

---

GAIL SHIFMAN                                         ROSS WEINGARTEN
Attorney for Defendant                               Assistant United States Attorney
ERIC MARSIGLIA

[~~PROPOSED~~] **ORDER**

This matter having come before the Court upon the stipulation of the parties and the Court being advised, IT IS ORDERED that the conditions of pretrial release shall be modified in the following manner:

1. Defendant, Eric Marsiglia, shall be permitted to travel to, and within, the Western District of Tennessee.

2. All other conditions of pretrial release shall remain the same.

Dated: May 11, 2023

---

LAUREL BEELER
UNITED STATES MAGISTRATE JUDGE