GAIL SHIFMAN (SBN 147334)
Law Office of Gail Shifman
2431 Fillmore Street
San Francisco, CA 94115
Tel:    (415) 551-1500
Email: gail@shifmangroup.com

STEVEN E. FARESE, SR., MSB # 5137
JOSEPH "WHIT" COOPER, MSB #104278
Farese, Farese, & Farese, P.A.,
122 Church Avenue
P.O. Box 98
Ashland, Mississippi 38603
Telephone:    (662) 224-6211
Email:          steve1@fareselaw.com
Email:          wcooper@fareselaw.com

Attorneys for Defendant
ERIC MARSIGLIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

—ooo—

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 23-0106-RS [MAG] |
| Plaintiff, | **STIPULATION AND ORDER TO CONTINUE HEARING AND EXCLUDE TIME UNDER THE SPEEDY TRIAL ACT** |
| v. | |
| ERIC MARSIGLIA, | |
| Defendant. | |

It is hereby stipulated by and between counsel for the United States and counsel for defendant Eric Marsiglia that the status hearing scheduled for June 9, 2023 shall be continued until July 18, 2023 at 2:30 p.m., via Zoom, and that time be excluded under the Speedy Trial Act from June 9, 2023 through July 18, 2023 based upon effective preparation of counsel, for the reason that defense counsel has a conflicting required pre-operative medical appointment that cannot be rescheduled.

IT IS SO STIPULATED.

Dated: June 5, 2023                         /s/ Gail Shifman
                                            _____
                                            Gail Shifman
                                            Attorneys for Defendant
                                            ERIC MARSIGLIA


Dated: June 5, 2023                         /s/ Ross Weingarten
                                            _____
                                            Ross Weingarten
                                            Christopher Highsmith
                                            Assistant U.S. Attorneys

## ORDER

Based upon the facts set forth in the stipulation of the parties, and for good cause shown, the Court finds that failing to exclude the time from June 9, 2023 through July 18, 2023 would unreasonably deny defense counsel and the defendant the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(B)(iv). The Court further finds that the ends of justice served by excluding the time from June 9, 2023 through July 18, 2023 from computation under the Speedy Trial Act outweigh the best interests of the public and the defendant in a speedy trial. Therefore, and with the consent of the parties, the time from June 9, 2023 through July 18, 2023, shall be excluded from computation under the Speedy Trial Act. 18 U.S.C. § 3161(h)(7)(A), (B)(iv).

The status hearing scheduled for June 9, 2023 is continued until for status on July 18, 2023 at 2:30 p.m. via zoom.

IT IS SO ORDERED.

DATED: June _5_, 2023                       _____
                                            HON. RICHARD SEEBORG
                                            United States District Judge