1  GAIL SHIFMAN (SBN 147334)
   Law Office of Gail Shifman
2  2431 Fillmore Street
   San Francisco, CA 94115
3  Tel:    (415) 551-1500
   Email: gail@shifmangroup.com
4
5  STEVEN E. FARESE, SR., MSB # 5137
   JOSEPH "WHIT" COOPER, MSB #104278
6  Farese, Farese, & Farese, P.A.,
   122 Church Avenue
7  P.O. Box 98
   Ashland, Mississippi 38603
8  Telephone:    (662) 224-6211
   Email:          steve1@fareselaw.com
9  Email:          wcooper@fareselaw.com
10
   Attorneys for Defendant
11 ERIC MARSIGLIA

12
                    UNITED STATES DISTRICT COURT
13
                    NORTHERN DISTRICT OF CALIFORNIA
14
                         SAN FRANCISCO DIVISION
15
                                  –ooo–
16 UNITED STATES OF AMERICA,              Case No. CR 23-0106-RS

17         Plaintiff,                     **STIPULATION AND ORDER TO
                                          CONTINUE HEARING AND EXCLUDE
18    v.                                  TIME UNDER THE SPEEDY TRIAL ACT**

19 ERIC MARSIGLIA, AUGUSTO ALIZO

20         Defendants.

21
       It is hereby stipulated by and between counsel for the United States and counsel for
22
   defendants Eric Marsiglia and Augusto Alizo that the status hearing scheduled for July 18, 2023
23
   shall be continued until September 19, 2023 at 2:30 p.m., via Zoom, and that time be excluded
24
   under the Speedy Trial Act from July 18, 2023 through September 19, 2023 based upon effective
25
   preparation of counsel, for the reason that additional time is needed to review the voluminous
26
   discovery.
27
28

STIPULATION TO CONTINUE HEARING         1

IT IS SO STIPULATED.

Dated: July 13, 2023                                 /s/ Gail Shifman

                                                                    Gail Shifman
                                                                    Attorneys for Defendant
                                                                    ERIC MARSIGLIA

Dated: July 13, 2023                                 /s/ Michael J. Entin

                                                                    Michael J. Entin
                                                                    Attorneys for Defendant
                                                                    AUGUST ALIZO

Dated: July 13, 2023                                 /s/ Christiaan H. Highsmith

                                                                    Christiaan H. Highsmith
                                                                    Assistant U.S. Attorney

## ORDER

Based upon the facts set forth in the stipulation of the parties, and for good cause shown, the Court finds that failing to exclude the time from July 18, 2023 through September 19, 2023 would unreasonably deny defense counsel and the defendant the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(B)(iv). The Court further finds that the ends of justice served by excluding the time from July 18, 2023 through September 19, 2023 from computation under the Speedy Trial Act outweigh the best interests of the public and the defendant in a speedy trial. Therefore, and with the consent of the parties, the time from July 18, 2023 through September 19, 2023, shall be excluded from computation under the Speedy Trial Act. 18 U.S.C. § 3161(h)(7)(A), (B)(iv).

The status hearing scheduled for July 18, 2023 is continued until for status on September 19, 2023 at 2:30 p.m. via zoom.

IT IS SO ORDERED.

DATED: July 13, 2023

                                                                    _____
                                                                    HON. RICHARD SEEBORG
                                                                    United States District Judge