1  ISMAIL J. RAMSEY (CABN 189820)
   United States Attorney

2

3  MARTHA BOERSCH (CABN 126569)
   Chief, Criminal Division

4  CHRISTIAAN H. HIGHSMITH (CABN 296282)
   Assistant United States Attorney

5
        450 Golden Gate Avenue, Box 36055
6       San Francisco, California 94102-3495
        Telephone: (415) 436-7200
7       FAX: (415) 436-7234
        christiaan.highsmith@usdoj.gov
8

9                    UNITED STATES DISTRICT COURT

10                  NORTHERN DISTRICT OF CALIFORNIA

11                       SAN FRANCISCO DIVISION

12 | UNITED STATES OF AMERICA,              ) CASE NO. CR. 23-CR-106 RS
                                            )
13 |        Plaintiff,                      ) STIPULATION AND ORDER CONTINUING
                                            ) STATUS HEARING AND EXCLUDING TIME
14 |    v.                                  ) UNDER THE SPEEDY TRIAL ACT FROM
                                            ) DECEMBER 12, 2023, TO FEBRUARY 27, 2024
15 | ERIC MARSIGLIA, and                    )
     AUGUSTO ALIZO                          )
16                                          )
                                            )
17 |        Defendants.                     )
                                            )

18

19      On September 19, 2023, the parties appeared through counsel before the Court for a status

20 conference in the above pending criminal action. The Court set a further status conference for

21 December 12, 2023. The parties agreed that an exclusion of time under the Speedy Trial Act was

22 appropriate from September 19, 2023, to December 12, 2023.

23      Counsel for the United States and the defendants have met and conferred and respectfully request

24 that this Court continue the December 12, 2023, status hearing to February 27, 2024, at 9:30 a.m. for an

25 in-person hearing. The reason for the requested continuance is that the United States is in the process of

26 producing additional voluminous discovery, including more than 80,000 pages of documentary

27 evidence, to the defendants, who require time to review the evidence, prepare their defenses, and discuss

28 the appropriateness and possibility of a pre-trial resolution with the government.

STIPULATION AND  ORDER Case No. CR
23-106 RS                                                                              v. 7/10/2018

The parties also request and stipulate that time between December 12, 2023, and February 27, 2024, be excluded for effective preparation of counsel pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv).

The parties further stipulate, and ask the Court to find, that the requested continuance and exclusion of time are in the interests of justice and outweigh the best interest of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A).

IT IS SO STIPULATED

DATED: November 22, 2023              Respectfully submitted,

                                      ISMAIL J. RAMSEY
                                      United States Attorney

                                      /s/
                                      CHRISTIAAN H. HIGHSMITH
                                      Assistant United States Attorney


DATED: November 22, 2023              /s/
                                      GAIL SHIFMAN
                                      Attorney for Defendant
                                      ERIC MARSIGLIA


DATED: November 22, 2023              /s/
                                      MARK S. LOWRY
                                      MICHAEL J. ENTIN
                                      Attorneys for Defendant
                                      AUGUSTO ALIZO

**ORDER**

For the reasons stated above by the parties, IT IS HEREBY ORDERED that the status hearing currently set in this matter is hereby continued to February 27, 2024, at 9:30 a.m.  Further, for the reasons stated above and because good cause has been shown, the time between December 12, 2023, and February 27, 2024, is excluded from the running of the speedy trial clock for effective preparation of counsel under 18 U.S.C. §3161(h)(7)(B)(iv).  Failure to grant the continuance would deny the defendants' counsel the reasonable time necessary to prepare, taking into account the exercise of due diligence.  Further, the requested continuance and exclusion of time are in the interests of justice and outweigh the best interest of the public and the defendant in a speedy trial.

IT IS SO ORDERED.

DATED: 11/22/2023

HON. RICHARD SEEBORG
Chief United States District Judge